JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

GRISELDA GARCIA, an individual,

Plaintiff,

v.

PERFECT 10 ANTENNA COMPANY; PERFECTVISION MANUFACTURING INC.; and DOES 1 through 50, inclusive,

Defendants.

Case No.: **EDCV 23-318-GW-KKx**

**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**

Assigned to the Hon. George H. Wu

On July 15, 2024, Plaintiff Griselda Garcia and Defendants Perfect 10 Antenna Company, PerfectVision Manufacturing Inc. filed their "Stipulation for Dismissal with Prejudice" ("Stipulation"). In the Stipulation, the Parties informed the Court that they have reached an agreement to resolve all outstanding issues between them.

Good cause having been shown, it is ORDERED THAT:

1.    Pursuant to Federal Rule of Civil Procedure 41, the above-captioned action, including all claims against all parties, is dismissed with prejudice; and

2.    The Court retains jurisdiction over the Parties to enforce the settlement agreement until performance in full terms of the settlement agreement.

**IT IS SO ORDERED**

DATED: July 16, 2024

By:_____
        HON. GEORGE H. WU,
        United States of America

[Proposed] ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE
2